**FILED**
September 4, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>              Plaintiff,                         )<br>v.                                                     )<br>                                                          )<br>SHARICE WILLIAMS,                   )<br>                                                          )<br>              Defendant.                    ) | CASE NUMBER: 2:15-cr-00185-TLN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Sharice Williams</u>; Case <u>2:15-cr-00185-TLN</u> from custody and for the following reasons:

    __     Release on Personal Recognizance

    __     Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of $25,000.00; co-signed by Sandra Small

    __     Appearance Bond with 10% Deposit

    __     Appearance Bond secured by Real Property

    __     Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>9/4/2015</u> at 2:15 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge