Bruce Locke (#177787)

Moss & Locke

701 University Ave, Ste 100

Sacramento, CA 95825

916-569-0667

Attorneys for Sharice Williams

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Sharice Williams, et. al,.<br><br>　　　　　Defendant. | No.  2:15-CR-185 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO NOVEMBER 19, 2015** |

　　　IT IS HEREBY STIPULATED AND AGREED between the defendant, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Roger Yang, that the status conference presently set for October 1, 2015 at 9:30 a.m., should be continued to November 19, 2015 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from October 1, 2015 through November 19, 2015.

　　　The reason for the continuance is that the case is relatively new and the defense needs additional time to conduct investigation and review the discovery. The discovery includes several video tapes. The exclusion of time is also necessary to ensure continuity of counsel.  Accordingly,

1

the time between October 1, 2015 and November 19, 2015 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Yang has authorized Mr. Locke to sign this pleading for him.

Date: September 29, 2015                        /s/ Bruce Locke
                                                BRUCE LOCKE
                                                Attorney for Sharice Williams

Date: September 29, 2015                        /s/ Bruce Locke
                                                For ROGER YANG
                                                Assistant United States Attorney

IT IS SO ORDERED.

Dated: September 29, 2015

                                                _____
                                                Troy L. Nunley
                                                United States District Judge

2