Bruce Locke (#177787)

Moss & Locke

701 University Ave, Ste 100

Sacramento, CA 95825

916-569-0667

Attorneys for Sharice Williams

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SHARICE WILLIAMS,<br><br>　　　　　　Defendant. | No.  2:15-CR-185 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO JANUARY 14, 2016** |

　　　　IT IS HEREBY STIPULATED AND AGREED between the defendant, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Roger Yang, that the status conference presently set for November 19, 2015 at 9:30 a.m., should be continued to January 14, 2016 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from November 19, 2015 through January 14, 2016.

　　　　The reason for the continuance is that defense counsel will be out of town on November 19, 2015 and the case is relatively new and the defense needs additional time to conduct investigation and review the discovery. The discovery includes several video tapes. The exclusion

1

of time is also necessary to ensure continuity of counsel.  Accordingly, the time between November 19, 2015 and January 14, 2016 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Yang has authorized Mr. Locke to sign this pleading for him.

Date: November 10, 2015                               /s/ Bruce Locke
                                                                      BRUCE LOCKE
                                                                      Attorney for Sharice Williams


Date: November 10, 2015                               /s/ Bruce Locke
                                                                      For ROGER YANG
                                                                      Assistant United States Attorney


IT IS SO ORDERED.

Dated: November 10, 2015
                                                                      _____
                                                                      Troy L. Nunley
                                                                      United States District Judge

2