Bruce Locke (#177787)

Moss & Locke

701 University Ave, Ste 100

Sacramento, CA 95825

916-569-0667

Attorneys for Sharice Williams

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>SHARICE WILLIAMS, et. al,.<br><br>    Defendant. | No.  2:15-CR-185 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO MARCH 17, 2016** |

　　　IT IS HEREBY STIPULATED AND AGREED between the defendant, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Roger Yang, that the status conference presently set for January 14, 2016 at 9:30 a.m., should be continued to March 17, 2016 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from January 14, 2016 through March 17, 2016.

　　　The reason for the continuance is that defense counsel needs additional time to conduct investigation and review the discovery and conduct plea negotiations. The discovery includes several video tapes. The exclusion of time is also necessary to ensure continuity of counsel.

1

Accordingly, the time between January 14, 2016 and March17, 2016 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Yang has authorized Mr. Locke to sign this pleading for him.

Date: January 12, 2016         /s/ Bruce Locke
                               BRUCE LOCKE
                               Attorney for Sharice Williams

Date: January 12, 2016         /s/ Bruce Locke
                               For ROGER YANG
                               Assistant United States Attorney

IT IS SO ORDERED.

Dated: January 12, 2016        _____
                               Troy L. Nunley
                               United States District Judge

2