Bruce Locke (#177787)

Moss & Locke

701 University Ave, Ste 100

Sacramento, CA 95825

916-569-0667

Attorneys for Sharice Williams

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>SHARICE WILLIAMS, et. al,.<br><br>Defendant. | No.  2:15-CR-185 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO MAY 12, 2016** |

IT IS HEREBY STIPULATED AND AGREED between the defendant, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Roger Yang, that the status conference presently set for March 17, 2016 at 9:30 a.m., should be continued to May 12, 2016 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from March 17, 2016 through May 12, 2016.

The reason for the continuance is that defense counsel needs additional time to conduct investigation and review the discovery and discuss the proposed plea agreement with Ms. Williams and to conduct plea negotiations. The discovery includes several video tapes. The

1

exclusion of time is also necessary to ensure continuity of counsel.   Accordingly, the time between March 17, 2016 and May 12, 2016 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.   The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Yang has authorized Mr. Locke to sign this pleading for him.

Date: March 14, 2016                          /s/ Bruce Locke
                                              BRUCE LOCKE
                                              Attorney for Sharice Williams


Date: March 14, 2016                          /s/ Bruce Locke
                                              For ROGER YANG
                                              Assistant United States Attorney


IT IS SO ORDERED.

Dated: March 14, 2016

                                              _____
                                              Troy L. Nunley
                                              United States District Judge

2