Bruce Locke (#177787)

Moss & Locke

701 University Ave, Ste 100

Sacramento, CA 95825

916-569-0667

Attorneys for Sharice Williams

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>               Plaintiff,<br><br>    v.<br><br>SHARICE WILLIAMS,<br><br>               Defendant. | No.  2:15-CR-185 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO JUNE 30, 2016** |

       IT IS HEREBY STIPULATED AND AGREED between the defendant, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Roger Yang, that the status conference presently set for May 12, 2016 at 9:30 a.m., should be continued to June 30, 2016 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from May 12, 2016 through June 30, 2016.

       The reason for the continuance is that defense counsel needs additional time to conduct investigation and review the discovery and discuss the proposed plea agreement with Ms. Williams and to conduct plea negotiations. The discovery includes several video tapes. The

1

exclusion of time is also necessary to ensure continuity of counsel. Accordingly, the time between May 12, 2016 and June 30, 2016 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Yang has authorized Mr. Locke to sign this pleading for him.

Date: May 9, 2016                     /s/ Bruce Locke
                                      BRUCE LOCKE
                                      Attorney for Sharice Williams


Date: May 9, 2016                     /s/ Bruce Locke
                                      For ROGER YANG
                                      Assistant United States Attorney


IT IS SO ORDERED.

Dated:  May 9, 2016                   _____
                                      Troy L. Nunley
                                      United States District Judge

2