Bruce Locke (#177787)

Moss & Locke

4354 Town Center Blvd., #114-59

Eldorado Hills, CA 95762

916-719-3194

Attorneys for Sharice Williams

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br><br>               Plaintiff,<br><br>v.<br><br>Sharice Williams, et. al,.<br><br>               Defendant. | No.  2:15-CR-185 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO JULY 28, 2016** |

      IT IS HEREBY STIPULATED AND AGREED between the defendant, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Roger Yang, that the status conference presently set for June 30, 2016 at 9:30 a.m., should be continued to July 28, 2016 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from June 30, 2016 through July 28, 2016.

      The reason for the continuance is that defense counsel needs additional time to conduct investigation and review the discovery and discuss the proposed plea agreement with Ms. Williams and to conduct plea negotiations. The discovery includes several video tapes. In

1

addition, the government has recently provided the defense with information concerning a prior supervised release violation. The exclusion of time is also necessary to ensure continuity of counsel.  Accordingly, the time between June 30, 2016 and July 28, 2016 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Yang has authorized Mr. Locke to sign this pleading for him.

Date: June 23, 2016        /s/ Bruce Locke
BRUCE LOCKE
Attorney for Sharice Williams

Date: June 23, 2016        /s/ Bruce Locke
For ROGER YANG
Assistant United States Attorney

IT IS SO ORDERED.

Dated: June 23, 2016

UNITED STATES DISTRICT JUDGE

2