Bruce Locke (#177787)

Moss & Locke

4354 Town Center Blvd., #114-59

Eldorado Hills, CA 95762

916-719-3194

Attorneys for Sharice Williams

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

United States,

          Plaintiff,

   v.

Sharice Williams, et. al,.

          Defendant.

No. 2:15-CR-185 TLN

**STIPULATION AND ORDER TO AMEND THE CONDITIONS OF PRE-TRIAL RELEASE**

    IT IS HEREBY STIPULATED AND AGREED between the defendant, Sharice Williams, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Roger Yang, that the conditions of Ms. Williams pre-trial release should be amended to include a requirement that Ms. Williams undergo mental health counseling at the direction of her pre-trial officer.

    The reason for the amendment to the conditions of release is that Ms. Williams is undergoing stress as a result of her personal relations and all parties, including her pre-trial

1

officer, believe that it would be in her best interest to undergo counseling at this time. Mr. Yang has authorized Mr. Locke to sign this pleading for him.

Accordingly, the conditions of pre-trial release should be amended to include the following condition:

> You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

Date: July 14, 2016         /s/ Bruce Locke
                            BRUCE LOCKE
                            Attorney for Sharice Williams


Date: July 14, 2016         /s/ Bruce Locke
                            For ROGER YANG
                            Assistant United States Attorney


IT IS SO ORDERED.

Dated:  July 18, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2