Bruce Locke (#177787)
Moss & Locke
4354 Town Center Blvd., #114-59
Eldorado Hills, CA 95762
916-719-3194
Attorneys for Sharice Williams

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>              Plaintiff,<br><br>v.<br><br>SHARICE WILLIAMS, et. al,.<br><br>              Defendant. | No.  2:15-CR-185 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO OCTOBER 20, 2016** |

      IT IS HEREBY STIPULATED AND AGREED between the defendant, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Roger Yang, that the status conference presently set for September 8, 2016 at 9:30 a.m., should be continued to October 20, 2016 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from September 8, 2016 through October 20, 2016.

      The reason for the continuance is that defense counsel needs additional time to conduct investigation and review the discovery and discuss the proposed plea agreement with Ms. Williams and to conduct plea negotiations. The discovery includes several video tapes. In

addition, the government has recently provided the defense with information concerning a prior supervised release violation. The exclusion of time is also necessary to ensure continuity of counsel. Accordingly, the time between September 8, 2016 and October 20, 2016 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Yang has authorized Mr. Locke to sign this pleading for him.

Date: September 1, 2016        /s/ Bruce Locke
                               BRUCE LOCKE
                               Attorney for Sharice Williams

Date: September 1, 2016        /s/ Bruce Locke
                               For ROGER YANG
                               Assistant United States Attorney

IT IS SO ORDERED.

Dated:  September 2, 2016      _____
                               Troy L. Nunley
                               United States District Judge

2