1  PHILLIP A. TALBERT
   United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,                  | CASE NO. 2:15-CR-00185 TLN
12 |                         Plaintiff,          | STIPULATION AND [PROPOSED] PROTECTIVE ORDER
13 |            v.                               |
14 | LESLIE LEON LEGGETT, II                     |
15 |                         Defendant.          |

16

17      Plaintiff United States of America, by and through its attorney of record, Assistant United States

18 Attorney Roger Yang, and defendant Leslie Leon Leggett II, by and through his undersigned counsel of

19 record, Scott N. Cameron, hereby stipulate as follows:

20      1. The discovery in this case contains personal information including, but not limited to, credit

21 card numbers, dates of birth, telephone numbers, email addresses, and financial information (hereinafter

22 "Protected Information").

23      2. In the absence of a protective order, numerous redactions would be necessary to avoid the

24 unauthorized disclosure or dissemination of Protected Information to individuals not party to the court

25 proceedings in this matter. It is possible, given the nature of the evidence, that there may be Protected

26 Information that is inadvertently omitted during the redaction process.

27      / / /

28      / / /

STIPULATION AND [PROPOSED]              1
PROTECTIVE ORDER

3. By this stipulation, the parties jointly request that the Court issue a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and the Court's general supervisory authority.

4. The Protective Order applies to all discovery containing Protected Information, including discovery that may be forthcoming.  Discovery that does not contain Protected Information is not subject to the Protective Order.

5. Defense counsel shall not give documents that contain Protected Information (or copies of such documents) to any person other than counsel's staff, investigator(s), or retained expert(s) (hereinafter "Defense Team").  The terms "staff," "investigator," and "expert" shall not be construed to describe the defendant, or other person not:  (1) regularly employed by counsel, or (2) licensed as an investigator, or (3) retained as an expert.  The Defense Team shall not provide to any person copies or documents unless Protected Information has been redacted.

6. The defendant may review the Protected Information and be aware of its contents, but neither defense counsel nor the Defense Team shall provide copies of Protected Information to the defendant or allow the defendant to copy documents contacting Protected Information.  Counsel may provide the defendant with copies of documents from which Protected Information has been redacted.

7. Social security numbers, birth dates, and residential addresses made in all public filings shall be made pursuant to Federal Rule of Criminal Procedure 49.1.

8. Nothing in this stipulation will be construed to prevent defense counsel, and the Defense Team a reasonable opportunity to prepare.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER

2

9. In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold documents containing Protected Information from new counsel unless and until substituted counsel agrees also to be bound by this order.

IT IS SO STIPULATED.

Dated:  March 30, 2017                               PHILLIP A. TALBERT
                                                     United States Attorney

                                             By:    /s/ ROGER YANG
                                                    ROGER YANG
                                                    Assistant U.S. Attorney

                                             By:    /s/ SCOTT N. CAMERON
                                                    SCOTT N. CAMERON
                                                    Counsel for Leslie Leon Leggett, II

[~~PROPOSED~~] ORDER

For good cause shown, the ~~stipulation of counsel~~ stipulated protective order in criminal case no. 2:15-CR-00185-TLN is approved and so ordered.

DATED:  March 31, 2017.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE