Bruce Locke (#177787)

Moss & Locke

4354 Town Center Blvd., #114-59

Eldorado Hills, CA 95762

916-719-3194

Attorneys for Sharice Williams

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>v.<br><br>SHARICE WILLIAMS,<br><br>                    Defendant. | No. 2:15-CR-185 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE THE DATE FOR SENTENCING FROM MAY 18, 2017 TO JUNE 8, 2017 AND TO MODIFY THE SCHEDULE FOR FILING OBJECTIONS TO THE PRE-SENTENCE REPORT** |

      IT IS HEREBY STIPULATED AND AGREED between the defendant, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Roger Yang, that the date for sentencing shall be continued from May 18, 2017 to June 8, 2017 at 9:30 a.m., and the schedule for filing objections to the Pre-Sentence Report shall be modified so that (1) counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than May 11, 2017; (2) the Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than May 18, 2017; (3) the Motion for Correction of the Pre-Sentence Report shall be filed with the Court and

1

served on the Probation Officer and opposing counsel no later than May 25, 2017; and (4) the Reply or statement of non-opposition shall be filed no later than June 1, 2017.

Mr. Yang has authorized Mr. Locke to sign this pleading for him.

Date: April 26, 2017 /s/ Bruce Locke
BRUCE LOCKE
Attorney for Sharice Williams

Date: April 26, 2017 /s/ Bruce Locke
For ROGER YANG
Assistant United States Attorney

IT IS SO ORDERED.

Dated: April 27, 2017

_____
Troy L. Nunley
United States District Judge